IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| SCOTT AARON FANCHER, #935945 | § | |
| VS. | § | CIVIL ACTION NO. 9:05cv227 |
| DIRECTOR, TDCJ-CID | § | |

### ORDER ADOPTING INITIAL REPORT AND RECOMMENDATION

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Harry W. McKee.  The Initial Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court.  It is therefore

**ORDERED** that the motion to proceed *in forma pauperis* (docket entry #2) is **DENIED**.  It is further

**ORDERED** that the petitioner has twenty days from the receipt of this order to pay the $5 filing fee.

**SIGNED** this the 13 day of **December, 2005.**

_____
Thad Heartfield
United States District Judge